UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY GARCIA,

    Plaintiff,

v.                                                   Case No. 3:21cv514-LC-HTC

WARDEN DONALD LEAVINS,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 25, 2021 (ECF No. 13). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

Case No. 3:21cv514-LC-HTC

2.	To the extent Plaintiff seeks to assert an Eighth Amendment claim against all Defendants in their official capacities, as well as claims for declaratory relief, such claims are DISMISSED under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted.

3.	Defendants Leavins and Santiago are DISMISSED as defendants in this action.

**DONE AND ORDERED** this 5th day of August, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv514-LC-HTC