UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY GARCIA,

    Plaintiff,

v.                                      Case No. 3:21cv514-LC-HTC

SECRETARY OF THE FLORIDA DEPARTMENT
OF CORRECTIONS RICKY D DIXON,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 11, 2022 (ECF No. 57), recommending Defendant Dixon's motion to dismiss, ECF Doc. 49, be granted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 57) is adopted and incorporated by reference in this order.

Case No. 3:21cv514-LC-HTC

2. Defendant Dixon's Motion to Dismiss (ECF Doc. 49) is GRANTED.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 13th day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv514-LC-HTC